```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,


                -against-


SANDEEP GROVER,
ABHIJEET SINGH, and
SHIKHA SEHGAL,

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/01/2024

24 Cr. 46 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an initial conference in this matter on **February 20, 2024**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge