```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

24 Cr. 46-3 (AT)

SHIKHA SEHGAL,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

The Court will hold a change-of-plea hearing for Defendant Shikha Sehgal on **December 16, 2024**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge