USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHIKHA SEHGAL,

Defendant.

24 Cr. 46-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The change-of-plea hearing scheduled for December 16, 2024, is ADJOURNED to **December 20, 2024**, at **2:45 p.m.**

SO ORDERED.

Dated: December 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge