USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/22/2025__



## The Law Office of Yan Katsnelson, P.C.

Attorney-At-Law
2550 Victory Boulevard, Suite 304
Staten Island, NY 10314
Phone: 347-470-8306   Fax: 347-695-1581
yan.katsnelsonpc@gmail.com
NY and NJ Licensed Attorney

January 21, 2025

VIA ECF
United States Hon. Analisa Torres
US District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Shikha Sehgal
      Southern District of New York Indictment No. 24 CR 46

Dear Judge Torres:

The defense submits this letter to request a modification to Mrs. Sehgal's to the schedule of probation interviews and submissions. We request that the Court modify Mrs. Sehgal's schedule of probation interview be extended for three weeks. Currently Mrs. Sehgal's deadline of an interview with probation is January 23rd, 2025. Due to the holidays, and my schedule, we were unable to schedule a probation interview until January 23rd. However, my client has been very sick the past couple of days and is unable to attend the interview. Due to scheduling conflicts, I don't believe we will be able to schedule another interview until early February.

Mrs. Sehgal requests that the new deadline for the probation interview be set at February 19th.

**GRANTED.**

**SO ORDERED.**

Dated: January 22, 2025
       New York, New York

ANALISA TORRES
United States District Judge