```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/25/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

      -against-

SHIKHA SEHGAL,

                Defendant.

24 Cr. 46-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to a scheduling conflict, Defendant Shikha Sehgal's sentencing, currently scheduled for April 21, 2025, is ADJOURNED to **July 21, 2025**, at **11:00 a.m.** By **July 7, 2025**, Defendant shall file her sentencing submission. By **July 14, 2025**, the Government shall file its submission.

    SO ORDERED.

Dated: March 25, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge