UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SHIKHA SEHGAL,

                                    Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  _7/23/2025__ |

24 Cr. 46-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant Shikha Sehgal's sentencing is currently scheduled for September 2, 2025, at 11:00 a.m.  To afford the Court additional time to review the materials in advance of sentencing, the deadlines for the parties' sentencing submissions are ADJUSTED as follows:

1. By **August 11, 2025**, Defendant shall file her sentencing submission;
2. By **August 18, 2025**, the Government shall file its submission.

SO ORDERED.

Dated: July 23, 2025
          New York, New York

                                    ANALISA TORRES
                              United States District Judge