

**The Law Office of Yan Katsnelson, P.C.**
Attorney-At-Law
2550 Victory Boulevard, Suite 304
Staten Island, NY 10314
Phone: 347-470-8306  Fax: 347-695-1581
yan.katsnelsonpc@gmail.com
NY and NJ Licensed Attorney

August 6, 2025

<u>VIA ECF</u>
United States Hon. Analisa Torres
US District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    United States v. Shikha Sehgal
       Southern District of New York Indictment No. 24 CR 46

Dear Judge Torres:

    The defense submits this letter to request a modification the timeline of sentencing submissions.  Currently Mrs. Sehgal is scheduled to be sentenced on September 2, 2025 with the Defense submissions due on August 18th and the Government's submissions due on August 25th.  The Defense is asking the court to have the Government's submission be due on August 18th and the Defense submissions be due on August 25th.  In order to fully prepare my submissions, I would need to review the Government's position and submissions.

    I have not been able to speak with AUSA Jane Chong regarding this request.

Respectfully,

Yan Katsnelson, Esq.
Attorney for Shikha Seghal

CC: Assistant United States Attorney Jane Chong
Pretrial Services Officer Natasha Ramesar