```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/7/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SHIKHA SEHGAL,

                Defendant.

24 Cr. 46-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Shikha Sehgal's letter dated August 6, 2025, ECF No. 84. By **today**, **August 7, 2025**, the Government shall respond to Sehgal's letter.

    SO ORDERED.

Dated: August 7, 2025
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge