

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

August 8, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

  Re: *United States v. Shikha Sehgal et al.*, 24 Cr. 46 (AT)

Dear Judge Torres:

  The Government apologies for responding one day late to the Court's August 7, 2025 order for a same-day response from the Government as to the defense's request for a change in the filing deadlines. The defense did not propose a change in the sentencing submission deadlines or a sentencing adjournment to the Government prior to raising the matter with the Court, but the Government does not object to the Court's proposed schedule.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney

        by: _____
            Jane Y. Chong
            Assistant United States Attorney
            (917) 763-3172

By CM/ECF: Yan Katsnelson, Esq.