```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/11/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

SHIKHA SEHGAL,

                Defendant.

24 Cr. 46-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant Shikha Sehgal's sentencing, currently scheduled for September 2, 2025, is ADJOURNED to **September 22, 2025**, at **1:00 p.m.**  By **September 2, 2025**, the Government shall file its submission.  By **September 9, 2025**, Defendant shall file her sentencing submission.

    SO ORDERED.

Dated: August 11, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge