UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SHIKHA SEHGAL,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/17/2025__
```

24 Cr. 46-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant Shikha Sehgal's sentencing, currently scheduled for **September 29, 2025**, at **1:00 p.m.,** will now be held in **Courtroom 11A** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge