USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2025



**The Law Office of Yan Katsnelson, P.C.**
Attorney-At-Law
2550 Victory Boulevard, Suite 304
Staten Island, N.Y. 10301
Phone: 347-470-8306    Fax: 347-695-1581
yan.katsnelsonpc@gmail.com
NY and NJ Licensed Attorney

October 29, 2025

**VIA ELECTRONIC MAIL TO CHAMBERS**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
New York, New York 10007

      **Re:** United States v. Shikha Sehgal, 24 Cr 46 (AT)

Dear Judge Torres:

      The Defense submits this letter requesting that Mrs. Sehgal's passport be released. When Mrs. Sehgal was arrested her passport was taken by the FBI Agents and turned over to Pre-Trial Services. On September 29, 2025, Mrs. Sehgal was sentenced to 2 years' probation. Since the case is now over, the Defense is requesting that Mrs. Sehgal's passport be released back to her by Pre-Trial Services.

      The Defense also requests that Mrs. Sehgal be allowed to travel internationally while on probation as long as she provides the any requested documentation and gets the approval from United States Probation prior to traveling.

      Respectfully Submitted,

      The Law Office of Yan Katsnelson

      By: Yan Katsnelson, Esq.
      Counsel for Ms. Sikha Sehgal

1

Cc: AUSA Jane Chang (by email)

GRANTED IN PART. United States Pretrial Services is respectfully directed to return Defendant's United States Passport. Pretrial Services may satisfy this request by returning Defendant's passport to her, or by returning Defendant's passport to counsel, Yan Katsnelson. Defendant shall submit to the Court or to Probation any specific requests to travel internationally while on supervised release.

SO ORDERED.

Dated: October 30, 2025
   New York, New York

_____
ANALISA TORRES
United States District Judge