

# The Law Office of Yan Katsnelson, P.C.

Attorney-At-Law
2550 Victory Boulevard, Suite 304
Staten Island, NY 10314
Phone:  347-470-8306   Fax:  347-695-1581
yan.katsnelsonpc@gmail.com
NY and NJ Licensed Attorney

January 4, 2026

VIA ECF
United States Hon. Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     Request to travel internationally
        United States v. Shikha Sehgal, No. 24 CR 46

Dear Judge Torres:

    Mrs. Sehgal's mother-in-law, who is 79 years old, suffered a heart attack a couple of days ago. Mrs. Sehgal is seeking permission to travel internationally to India and be able to visit her mother-in-law as she recovers and other family members.

    Mrs. Sehgal is waiting for the Court's permission before she makes any travel arrangements.

    It is requested that she be allowed to travel as long as the itinerary is approved by her Probation Officer.

Respectfully,

/S/

Yan Katsnelson, Esq.

Attorney for Shikha Seghal

CC: Assistant United States Attorney Jane Chong