USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    1/5/2026



## The Law Office of Yan Katsnelson, P.C.

**Attorney-At-Law**
**2550 Victory Boulevard, Suite 304**
**Staten Island, NY 10314**
**Phone:  347-470-8306   Fax:  347-695-1581**
**yan.katsnelsonpc@gmail.com**
**NY and NJ Licensed Attorney**

January 4, 2026

**VIA ECF**
**United States Hon. Analisa Torres**
**Southern District of New York**
**500 Pearl Street**
**New York, NY 10007**

Re:     **Request to travel internationally**
        **United States v. Shikha Sehgal, No. 24 CR 46**

Dear Judge Torres:

Mrs. Sehgal's mother-in-law, who is 79 years old, suffered a heart attack a couple of days ago. Mrs. Sehgal is seeking permission to travel internationally to India and be able to visit her mother-in-law as she recovers and other family members.

Mrs. Sehgal is waiting for the Court's permission before she makes any travel arrangements.

It is requested that she be allowed to travel as long as the itinerary is approved by her Probation Officer.

Respectfully,

/S/
_____

Yan Katsnelson, Esq.

Attorney for Shikha Seghal

CC:    Assistant United States Attorney Jane Chong

GRANTED.  Sehgal shall submit her travel itinerary to her Probation Officer for approval.

SO ORDERED.

Dated:  January 5, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge